FILED

JUL 24 2026

SUSAN M. SPRAUL,
CLERK
U.S. BKCY. APP. PANEL

# UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br>LESLIE KLEIN,<br><br>                    Debtor. | BAP No. CC-26-1175<br><br>Bk. No. 2:23-bk-10990-NB |
| LESLIE KLEIN,<br><br>                    Appellant,<br><br>v.<br><br>BRADLEY D. SHARP, Liquidating<br>Trustee,<br><br>                    Appellee. | **ORDER REQUIRING APPELLANT TO PROVIDE FULL NAMES AND CONTACT INFORMATION FOR ALL APPELLEES** |

On July 22, 2026, appellant Leslie Klein filed a notice of appeal (Bankruptcy Docket #1433) of an order approving a sale of real property. The notice of appeal identifies the other parties to the appeal as Bradley D. Sharpe, Liquidating Trustee and "***See attached Proof of Service List***."

Bradley D. Sharpe, Liquidating Trustee, has been listed as an appellee. However, the attached Proof of Service List includes names and email addresses of at least 44 individuals, most of whom appear to be attorneys, with no indication as to whom any such attorney might represent. This is insufficient as it fails to provide the name of each appellee and, for each appellee, if such appellee is represented by counsel, the name, address, telephone number, and email address for each attorney and, if not represented by counsel, the address, telephone number, and email address if known for each appellee.

No later than **August 7, 2026**, appellant Leslie Klein must file with the Panel a list of any appellees, other than Bradley D. Sharpe, Liquidating

Trustee, including complete contact information as outlined herein for each such additional appellee.

FOR THE PANEL,

*Susan M. Spraul*

Susan M. Spraul, Clerk of Court