**Case CC-26-1175**

---

## UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE NINTH CIRCUIT

---

Leslie Klein,

Appellant

v.

Bradley D. Sharp, Liquidation Trustee of the
Klein Creditors' Liquidation Trust,

Appellee

On Appeal from the United States Bankruptcy Court
for the Central District of California
BK Case No. 2:23-bk-10990
Honorable Neil W. Bason

---

**CERTIFICATE OF SERVICE OF: (1) APPELLEE'S
EMERGENCY MOTION TO DISMISS APPEAL, OR, IN THE
ALTERNATIVE, EXPEDITE APPEAL; AND (2) DECLARATION OF
BRADLEY D. SHARP IN SUPPORT OF EMERGENCY MOTION TO
DISMISS APPEAL, OR, IN THE ALTERNATIVE, EXPEDITE APPEAL**

Jeffrey W. Dulberg (CA State Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:     jdulberg@pszjlaw.com
            jlucas@pszjlaw.com

*Counsel for Bradley D. Sharp,
Liquidation Trustee of the Klein Creditors'
Liquidation Trust, Appellee*

4934-8403-6546.1 78512.001

I hereby certify that I electronically filed the foregoing: **(1)** *Appellee's Emergency Motion To Dismiss Appeal, Or, in the Alternative, Expedite Appeal*; and **(2)** *Declaration of Bradley D. Sharp in Support of Emergency Motion to Dismiss Appeal, or, in the Alternative, Expedite Appeal* with the Clerk of the Court for the Bankruptcy Appellate Panel for the Ninth Circuit by using the bankruptcy appellate CM/ECF system on July 29, 2026.

Participants in the case who are registered CM/ECF users were be served by the bankruptcy appellate CM/ECF system. I further certify that all parties of record to this bankruptcy appeal either are registered CM/ECF users, or have registered for electronic notice, or have consented in writing to electronic service, and that service will be accomplished through the bankruptcy appellate CM/ECF system.

I served the following persons and/or entities on the attached service list (the "Service List") at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

I caused a copy of the document(s) to be sent from e-mail address hphan@pszjlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Dated: July 30, 2026 By */s/ Hung Phan*

Hung Phan

# SERVICE LIST

## SERVED VIA U.S. MAIL

| | |
|---|---|
| Leslie Klein<br>c/o Eric J. Olson<br>EJOLSONLAW<br>301 East Colorado Blvd., Ste. 520<br>Pasadena, CA 91101 | Leslie Klein<br>c/o Leslie Klein<br>6454 Van Nuys Blvd. Suite 150<br>Van Nuys, CA 91401 |
| Daniel A. Crawford<br>Crawford Law Group<br>15303 Ventura Blvd., Ninth Floor<br>Sherman Oaks, California 91403 | Eric J. Olson<br>EJOLSONLAW<br>301 East Colorado Blvd., Ste. 520<br>Pasadena, CA 91101 |

## SERVED VIA EMAIL

Leslie Klein      les.kleinlaw@gmail.com
     leskleinlaw@gmail.com
     kleinlaw@earthlink.net

Daniel Crawford      dac@crawfordlawgroup.com

Eric J Olson      eric@ejolsonlaw.com

4934-8403-6546.1 78512.001