RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

AUG 11 2026

FILED_____
DOCKETED_____
DATE    INITIAL

**No. CC-26-1175**

# IN THE UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE NINTH CIRCUIT

In re: Leslie Klein,
Debtor

Leslie Klein,

Appellant

v.

Bradley D. Sharp, Liquidation Trustee of the
Klein Creditors' Liquidation Trust,

Appellee

On Appeal from the United States Bankruptcy Court
for the Central District of California
BK Case No. 2:23-bk-10990
Honorable Neil W. Bason

## APPELLANT'S DESIGNATION OF RECORD ON APPEAL

LESLIE KLEIN
6454 Van Nuys Blvd, Ste 150
Van Nuys, CA 91401
kleinlaw@earthlink.net
818-501-2663
Appellant *in pro per*

1

Appellant Leslie Klein designates the following documents for the record on the above-entitled appellate matter:

From the docket of CABC Case No. 2:23-10990.

| | |
|---|---|
| 1. | Docket No. 1394 |
| 2. | Docket No. 1407 |
| 3. | Docket No. 1409 |
| 4. | Docket No. 1413 |
| 5. | Docket No. 1415 |
| 6. | Docket No. 1416 |
| 7. | Docket No. 1422 |
| 8. | Docket No. 1425 |

From the docket of CABC Adversary Case No. 2:24-01140.

| | |
|---|---|
| 9. | Adv. Docket No. 1 |
| 10. | Adv. Docket No. 6 |
| 11. | Adv. Docket No. 30 |
| 12. | Adv. Docket No. 32 |
| 13. | Adv. Docket No. 33 |
| 14. | Adv. Docket No. 34 |
| 15. | Adv. Docket No. 36 |
| 16. | Adv. Docket No. 43 |
| 17. | Adv. Docket No. 44 |
| 18. | Adv. Docket No. 46 |
| 19. | Adv. Docket No. 48 |
| 20. | Adv. Docket No. 49 |
| 21. | Adv. Docket No. 51 |
| 22. | Adv. Docket No. 52 |
| 23. | Adv. Docket No. 62 |

From the docket of BAP Case No. 25-1002.

| | |
|---|---|
| 24. | BAP Docket No. 5 |
| 25. | BAP Docket No. 20 |
| 26. | BAP Docket No. 24 |
| 27. | BAP Docket No. 25 |
| 28. | BAP Docket No. 26 |

Dated: August 5, 2026 ___/s/___ Leslie Klein___

Leslie Klein
Appellant in Pro Per

2

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
# CERTIFICATE OF SERVICE
# 9th Cir. BAP No. CC-26-1175

I, Daniel A. Crawford, hereby certify under penalty of perjury that on August 5, 2026, I served a true and correct copy of the Appellant's Opposition to Emergency Motion to Dismiss Appeal or Expedite Appeal, along with all supporting declarations and attachments, by placing said documents in a sealed envelope with first-class postage prepaid and depositing it in the United States Mail in Sherman Oaks, California, addressed to the following parties:

1. Bankruptcy Appellate Panel, 125 South Grand Avenue, Pasadena, California 91105
2. Bradley D. Sharp c/o Jeffrey W. Dulberg and John W. Lucas, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067

Description of Document(s):

**APPELLANT'S DESIGNATION OF RECORD ON APPEAL**

Dated: August 5, 2026

Daniel A. Crawford

**Crawford Law Group**
15303 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403

SANTA CLARITA CA 913

6 AUG 2026 PM 4 L

FOREVER USA
FOREVER USA

Bankruptcy Appellate Panel
125 South Grand Avenue
Pasadena, CA 91105

91105-164399