**Case CC-26-1175**

---

**UNITED STATES BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**

---

Leslie Klein,

Appellant

v.

Bradley D. Sharp, Liquidation Trustee of the Klein Creditors' Liquidation Trust,

Appellee

On Appeal from the United States Bankruptcy Court
for the Central District of California
BK Case No. 2:23-bk-10990
Honorable Neil W. Bason

---

# APPELLEE'S COUNTER-DESIGNATION OF RECORD ON APPEAL FILED REGARDING SALE ORDER

Jeffrey W. Dulberg (CA State Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jdulberg@pszjlaw.com
jlucas@pszjlaw.com

*Counsel for Bradley D. Sharp, Liquidation Trustee of the Klein Creditors' Liquidation Trust, Appellee*

Appellee, Bradley D. Sharp, Liquidation Trustee ("**Appellee/Trustee**") of the Klein Creditors' Trust (the "**Trust**") formed under the *Third Amended Chapter 11 Plan, as Modified, of the Estate of Leslie Klein* [Docket No. 1350] (the "**Plan**"), hereby submits this counter-designation[1] of additional documents for the record on appeal filed in the: (a) underlying chapter 11 bankruptcy case, Case No.: 2:23-bk-10990 (the "**Bankruptcy Case**"), (b) adversary proceeding, Case No.: 2:24-ap-01140 (the "**June St. Action**"), that is associated with the above-captioned Bankruptcy Case and where the issues that are the subject of this appeal were previously adjudicated to finality, and (c) the appeal of the June St. Action to the Bankruptcy Appellate Panel of the Ninth Circuit Court of Appeals, Case No. 25-1002 (the "**BAP Appeal**"):[2]

| Date Filed | Case No. 2:23-bk-10990 - Docket No. | Name of Document |
|---|---|---|
| 1/17/2025 | 890 | Motion of Chapter 11 Trustee for Order (1) Restoring Possession of the Property Located at 322 N. June St., Los Angeles, California to the Trustee and Compelling Debtor to Vacate the Property; and (2) Directing and Authorizing the United States Marshal Service, or Any Other Law Enforcement Agency With Jurisdiction, to Enforce the Order of the Court to Restore Possession of the Property to the Trustee |

[1] The Appellant failed to file his designation of items of the record on appeal in the Bankruptcy Case as required by Bankruptcy Rule 8009(a)(1). As a result, Appellee/Trustee files his counter-designation here to ensure there is not any further confusion caused by Appellant's deficient filings.
[2] Appellant has not filed his statement of issue on appeal as required by Bankruptcy Rule 8009(a)(1).

| | | |
|---|---|---|
| 1/29/2025 | 903 | Opposition to Motion of Chapter 11 Trustee for Order (1) Restoring Possession of the Property Located at 322 N. June St., Los Angeles, California to the Trustee and (2) Compelling Debtor to Vacate the Property |
| 2/5/2025 | 905 | Reply of Chapter 11 Trustee to Opposition to Motion of Chapter 11 Trustee for Order (1) Restoring Possession of the Property Located at 322 N. June St., Los Angeles, California to the Trustee and (2) Compelling Debtor to Vacate the Property |
| 2/13/2025 | 922 | Notice of Lodgment of Order in Bankruptcy Case Re: Motion of Chapter 11 Trustee (1) Restoring Possession of the Property Located at 322 N. June St., Los Angeles, California to the Trustee and Compelling Debtor to Vacate the Property; and (2) Directing and Authorizing the United States Marshal Service, or Any Other Law Enforcement Agency with Jurisdiction, to Enforce the Order of the Court to Restore Possession of the Property to the Trustee |
| 2/13/2025 | 923 | Order Granting Motion of Chapter 11 Trustee (1) Restoring Possession of the Property Located at 322 N. June St., Los Angeles, California to the Trustee and Compelling Debtor to Vacate the Property |
| 2/26/2025 | 938 | Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel |
| 2/26/2025 | 939 | Notice of Referral of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit (BAP) |
| 2/27/2025 | 940 | Opening Letter re: Appeal from BAP |
| 3/3/2025 | 943 | In accordance with the Administrative Order 25-03 dated 02-04-2025, this case is hereby reassigned from Judge Sandra R. Klein to Judge Neil W. Bason |
| 6/17/2026 | 1410 | Notice of Sale of Estate Property |
| 6/22/2026 | 1412 | Amended Declaration of Leslie Klein in Opposition to Motion for Order Authorizing Sale of Real Property at 322 N. June St, Los |

| | | |
|---|---|---|
| | | Angeles, CA |
| 6/23/2026 | 1414 | Evidentiary Objection to Declarations of Eric J. Olson and Leslie Klein in Opposition to Motion for Order Authorizing (1) Sale of Real Property Commonly Known as 322 N. June Street, Los Angeles, California 90036, Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §§ 363(B) and (F); (2) Clarifying State of Title to Property Pursuant to Prior Court Order; and (3) Payment of Real Estate Brokers' Commissions |
| 7/22/2026 | 1435 | Notice of Appeal Deficiency to Appellant |
| 7/24/2026 | 1439 | Opening Letter re: Appeal from BAP |
| 8/7/2026 | 1449 | Appeal Deficiency Notice to Bankruptcy Appellate Panel of the Ninth Circuit |
| 2/12/2025 | n/a | Hearing Transcript – Turnover of June St. Property |
| 6/30/2026 | n/a | Hearing Transcript – Sale Order – June St. Property |
| **Date Filed** | **Case No. 2:24-ap-01140 - Docket No.** | **Name of Document** |
| 5/29/24 | 6 | First Amended Complaint for Quiet Title and Avoidance of Unrecorded Interests in Real Property Located At 322 N. June St., Los Angeles, California |
| 5/29/2024 | 7 | Request that the Clerk Issue Another Summons and Notice of Status Conference (LBR 7004-1(a)(1)(B)) |
| 5/30/2024 | 8 | Another Summons and Notice of Status Conference in Adversary Proceeding [LBR 7004-1] |
| 6/03/2024 | 9 | Summons Service Executed on Barbara Klein 5/31/2024; Leslie Klein 5/31/2024; The Marital Deduction Trust of Erika Klein 5/31/2024; The Second Amended Klein Living Trust 5/31/2024; The Survivor's Trust of Leslie Klein 5/31/2024 |
| 6/03/2024 | 10 | Proof of service (re: Amended Complaint and Another Summons Issued) |
| 6/04/2024 | 11 | Notice to Filer of Error and/or Deficient |

| | | |
|---|---|---|
| | | Document Other |
| 6/04/2024 | 12 | Summons Service Executed on Barbara Klein 5/31/2024; Leslie Klein 5/31/2024; The Marital Deduction Trust of Erika Klein 5/31/2024; The Second Amended Klein Living Trust 5/31/2024; The Survivor's Trust of Leslie Klein 5/31/2024 |
| 6/04/2024 | 13 | Request for courtesy Notice of Electronic Filing (NEF) |
| 6/04/2024 | 14 | Request for courtesy Notice of Electronic Filing (NEF) |
| 6/10/2024 | 15 | Request for courtesy Notice of Electronic Filing (NEF) |
| 7/09/2024 | 16 | Stipulation to Extend Deadline to Respond to First Amended Complaint |
| 7/09/2024 | 17 | Notice of Lodgment of Order or Judgment in Adversary Proceeding |
| 7/09/2024 | 18 | Notice of Lodgment of Order or Judgment in Adversary Proceeding |
| 7/09/2024 | 19 | Amended Proof of Service re: Stipulation to Extend Deadline to Respond to Complaint |
| 7/10/2024 | 20 | Order Approving Stipulation to Extend Deadline to Respond to First Amended Complaint |
| 7/12/2024 | 21 | Answer to First Amended Complaint for Quiet Title and Avoidance of Unrecorded Interests in Real Property Located at 322 North June Street, Los Angeles, California by Defendants Leslie Klein, The Second Amended Klein Living Trust, a Trust, The Marital Deduction Trust of Erika Klein, a Trust, The Survivor's Trust of Leslie Klein, a Trust, and Barbara Klein, an Individual. |
| 7/13/2024 | 22 | BNC Certificate of Notice (re: Order Approving Stipulation to Extend Deadline to Respond to First Amended Complaint |
| 7/29/2024 | 23 | Joint Status Report |
| 8/14/2024 | 24 | Proof of service of Discovery Documents Served on Defendants Leslie Klein, The Second Amended Klein Living Trust, The |

| | | |
|---|---|---|
| | | Marital Deduction Trust of Erika Klein, The Survivor's Trust of Leslie Klein, The Creditors Trust of Leslie Klein on July 31, 2024 |
| 8/14/2024 | 25 | Proof of service of Discovery Documents Served on Defendant Barbara Klein on July 31, 2024 |
| 8/23/2024 | n/a | Hearing Rescheduled/Continued (re: Amended Complaint) |
| 8/26/2024 | 26 | Notice of Continued Status Conference |
| 8/26/2024 | 27 | Notice of Lodgment of Scheduling Order |
| 8/27/2024 | n/a | Hearing Rescheduled/Continued (re: Amended Complaint) |
| 8/27/2024 | 28 | Scheduling Order |
| 8/30/2024 | 29 | BNC Certificate of Notice (re: Scheduling Order) |
| 9/12/2024 | 30 | Notice of Motion and Motion to Order Joinder of Necessary Parties or Dismiss (FRCIVP 19, 12(8)(7)); Declaration of Eric J. Olson; Points and Authorities |
| 9/12/2024 | 31 | Hearing Set |
| 9/20/2024 | 32 | Notice of Motion and Motion of Bradley D. Sharp, Chapter 11 Trustee, for Summary Judgment on All Claims for Relief Against Defendants |
| 9/20/2024 | 33 | Declaration of John W. Lucas in Support of Chapter 11 Trustees Summary Judgment on All Claims for Relief Against Defendants |
| 9/20/2024 | 34 | Request for Judicial Notice in Support of Chapter 11 Trustees Summary Judgment on All Claims for Relief Against Defendants |
| 9/20/2024 | 35 | Proof of service re Notice of Motion and Motion of Bradley D. Sharp, Chapter 11 Trustee, for Summary Judgment on All Claims for Relief Against Defendants |
| 9/23/2024 | 36 | Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion of Bradley D. Sharp, Chapter 11 Trustee, for Summary Judgment on All Claims for Relief Against Defendants |
| 9/24/2024 | 37 | Order Setting Hearing on Motion of Bradley |

| | | |
|---|---|---|
| | | D. Sharp, Chapter 11 Trustee, for Summary Judgment on All Claims for Relief Against Defendants |
| 9/24/2024 | 38 | Hearing Set (re Motion for Summary Judgment) |
| 9/25/2024 | 39 | Notice of Hearing on Motion of Bradley D. Sharp, Chapter 11 Trustee, for Summary Judgment on All Claims for Relief Against Defendants |
| 9/26/2024 | 40 | BNC Certificate of Notice (re: Order Setting Hearing on Motion of Bradley D. Sharp, Chapter 11 Trustee, for Summary Judgment on All Claims for Relief Against Defendants) |
| 10/02/2024 | 41 | Opposition to Notice of Motion and Motion to Order Joinder of Necessary Parties or Dismiss |
| 10/08/2024 | 42 | Reply to Opposition to Motion to Order Joinder of Necessary Parties or Dismiss (FRCIVP 19, 12(8)(7)); Declaration of Leslie Klein; Declaration of Eric J. Olson |
| 10/15/2024 | 43 | Opposition to Motion For Summary Judgment; Points and Authorities; Declaration of Leslie Klein; Declaration of Eric J. Olson |
| 10/16/2024 | 44 | Statement of Genuine Issue of Facts In Opposition to Motion for Summary Judgment |
| 10/17/2024 | 45 | Notice of Lodgment of Order Denying Motion to Order Joinder of Necessary Parties or Dismiss |
| 10/18/2024 | 46 | Order Denying Motion to Order Joinder of Necessary Parties or Dismiss |
| 10/20/2024 | 47 | BNC Certificate of Notice re: Order Denying Motion to Order Joinder of Necessary Parties or Dismiss |
| 10/30/2024 | 48 | Reply to Defendants' Statement of Genuine Issues of Facts in Opposition to Motion for Summary Judgment |
| 10/30/2024 | 49 | Reply to Opposition to Motion for Summary Judgment |
| 12/04/2024 | 50 | Joint Status Report |
| 12/11/2024 | 51 | Motion to Continue Hearing on Motion for Summary Judgment |

| | | |
|---|---|---|
| 12/16/2024 | 52 | Opposition to Motion for Continuance of Motion for Summary Judgment |
| 12/16/2024 | 53 | Notice to Filer of Error and/or Deficient Document |
| 12/16/2024 | 54 | Certificate of Service re Opposition to Motion for Continuance of Motion for Summary Judgment |
| 12/16/2024 | 55 | Notice to Filer of Correction |
| 12/17/2024 | 56 | Defendant's Reply re Motion to Continue Motion for Summary Judgment |
| 12/17/2024 | 57 | Notice to Filer of Error and/or Deficient Document |
| 12/17/2024 | 58 | Proof of service re Defendant's Reply re Motion to Continue Motion for Summary Judgment |
| 12/19/2024 | 59 | Transcript Order Form, regarding Hearing Date 12/18/24 |
| 12/19/2024 | 60 | Notice of Lodgment on Order Granting Motion for Summary Judgment on All Claims for Relief Against Defendants [Relates to Docket Nos. 33, 34, 36, 43, 44, 48, 49] |
| 12/19/2024 | 61 | Transcript Record Transmittal |
| 12/20/2024 | 62 | Order Granting Motion For Summary Judgment on All Claims for Relief Against Defendants |
| 12/22/2024 | 63 | BNC Certificate of Notice (re: Order Granting Motion For Summary Judgment on All Claims for Relief Against Defendants) |
| 12/30/2024 | 64 | Order to Show Cause Regarding Why Leslie Klein, Daniel Crawford, and Eric Olson are Not in Violation of the Automatic Stay |
| 12/30/2024 | n/a | Hearing Set (re: Order to Show Cause Why Leslie Klein, Daniel Crawford, and Eric Olson are Not in Violation of the Automatic Stay) |
| 12/31/2024 | 65 | Proof of service of Order to Show Cause Regarding Why Leslie Klein, Daniel Crawford, and Eric Olson are Not in Violation of the Automatic Stay |
| 1/01/2025 | 66 | BNC Certificate of Notice (re: Order to Show Cause Regarding Why Leslie Klein, Daniel |

| | | |
|---|---|---|
| | | Crawford, and Eric Olson are Not in Violation of the Automatic Stay) |
| 1/03/2025 | 67 | Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel |
| 1/03/2025 | n/a | Receipt of Notice of Appeal and Statement of Election |
| 1/06/2025 | 68 | Notice of Referral of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit (BAP) |
| 1/06/2025 | 69 | Opening Letter re: Appeal from BAP CC 25-1002 (Originally filed at BAP 01/06/2025) |
| 10/16/2024 | n/a | Hearing Transcript – Order Deny Motion to Join |
| 12/18/2024 | n/a | Hearing Transcript – Summary Judgment Order re June St. Property |
| **Date Filed** | **Case No. 25-1002 - Docket No.** | **Name of Document** |
| 6/5/2025 | 20 | Memorandum |
| 6/5/2025 | 21 | Judgment |
| 6/5/2025 | 22 | Letter and Disposition sent to Bankruptcy Court Judge Sandra R. Klein |
| 6/5/2025 | 23 | Disposition and notice of entry of judgment sent to parties and Bankruptcy Clerk |
| 6/18/2025 | 24 | Appellants' Petition for Panel Rehearing |
| 8/6/2025 | 25 | Order Denying Appellants' Petition for Rehearing |
| 8/6/2025 | 26 | Proof of Service of Mandate |

Respectfully Submitted,

Dated: August 20, 2026 PACHULSKI, STANG, ZIEHL & JONES LLP

By *\/s/ John W. Lucas*
John W. Lucas

Counsel to Bradley D. Sharp,
Liquidation Trustee of Klein Creditors' Trust, Appellee