FILED
AUG 27 2026

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

In re:

LESLIE KLEIN,
Debtor.

LESLIE KLEIN,
Appellant,

v.

BRADLEY D. SHARP, Liquidating Trustee,
Appellee.

BAP No. CC-26-1175

Bk. No. 2:23-bk-10990-NB

**ORDER RE MOTION TO DISMISS AND REQUEST TO EXPEDITE**

Before: NIEMANN, SPRAKER, and GAN, Bankruptcy Judges.

Appellee Bradley D. Sharp, Liquidating Trustee, filed a motion to dismiss this appeal or expedite disposition of the appeal. Appellant filed an opposition, and appellee filed a reply thereto. The Panel has received and considered the papers filed by the parties and the appellate file.

The motion to dismiss the appeal is ORDERED DENIED without prejudice. If appropriate, appellee is free to renew the motion after the filing of appellant's opening brief.

The request to expedite the appeal is ORDERED GRANTED. This appeal will be set for hearing before a merits panel on the next available hearing calendar. Counsel for the parties should carefully review the dates listed on the BAP's annual hearing calendar as dates set aside for oral argument at https://www.bap9.uscourts.gov/calendar .

Appellant's opening brief and excerpts of the record must be filed no later than **September 7, 2026**. Appellee's responsive brief and any supplemental excerpts must be filed no later than TWENTY-ONE (21) days after service of the opening brief. Appellant may file an optional reply brief no later than FOURTEEN (14) days after service of the responsive brief.

No extensions of time longer than SEVEN (7) days will be granted to any party absent written proof of extraordinary circumstances.