RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT
OCT 02 2026
FILED
DOCKETED
DATE INITIAL

No. CC-26-1175

**IN THE UNITED STATES BANKRUPTCY APPELLATE PANEL
FOR THE NINTH CIRCUIT**

In re: Leslie Klein,
Debtor

Leslie Klein,

Appellant

v.

Bradley D. Sharp, Liquidation Trustee of the
Klein Creditors' Liquidation Trust,

Appellee

On Appeal from the United States Bankruptcy Court
for the Central District of California
BK Case No. 2:23-bk-10990
Honorable Neil W. Bason

# APPELLANT'S CERTIFICATE OF INTERESTED PARTIES

LESLIE KLEIN
6454 Van Nuys Blvd, Ste 150
Van Nuys, CA 91401
kleinlaw@earthlink.net
818-501-2663
Appellant *in pro per*

The undersigned, Appellant in the above-entitled matter, certifies that the following listed persons, associations, firms, partnerships, or corporations have a direct financial or other interest in the outcome of this litigation:

1. Bradley D. Sharp, Bankruptcy/Liquidation Trustee;
2. Pachulski Stang Ziehl & Jones LLP;
3. Leslie Klein & Associates;
4. EKLK Foundation; and,
5. Estate of David Green

Dated: September 25, 2026

/s/ Leslie Klein

Leslie Klein
6454 Van Nuys Blvd, Ste 150
Van Nuys, CA 91401
kleinlaw@earthlink.net
818-501-2663
Appellant in Pro Per

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 25. Certificate of Service for Paper Filing

ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 25

Use Form 25 only if you are **not** registered for Appellate Electronic Filing.

**Instructions**

- You must attach a certificate of service to each document you send to the court and to opposing counsel.
- Include the title of the document you are serving, the name and address of each person you served with a copy of the document, and the date of mailing or hand delivery.
- Sign and date the certificate. You do not need to have the certificate notarized.
- Remember that you must send a copy of **all** documents and attachments to counsel for **each** party to this case.

**9th Cir. Case Number(s)** CC-26-1175

**Case Name** Leslie Klein v. Bradley D. Sharp

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the Appellant's Certificate of Interested Parties and any attachments. *(title of document you are filing, such as Opening Brief, Motion for __, etc.)*

**Signature** [signature] **Date** 09/27/2026

| Name | Address | Date Served |
|---|---|---|
| John Lucas, Esq. | PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067 | 09/27/2026 |
| | | |
| | | |
| | | |

***Mail this form to the court at:***

Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*